# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIDA VISSUET,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHULA VISTA;<br>CHULA VISTA POLICE<br>DEPARTMENT; OFFICER<br>BRILES, ID#736; OFFICER C.<br>BURROUGHS, ID #673;<br>OFFICER HICKS, ID # 16,<br><br>    Defendants. | CASE NO. 09CV1800 BTM CAB<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

    Good cause appearing therefore, **IT IS HEREBY ORDERED:**

    The action filed by Plaintiff Frida Vissuet against Defendants City of Chula Vista, Chula Vista Police Department, Officer Briles, Officer Burroughs and Officer Hicks is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 4(a)(1). Each party to bear their own costs.

**IT IS SO ORDERED.**

DATED: June 28, 2010

                                                       Honorable Barry Ted Moskowitz
                                                       United States District Judge